# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. SERGER,

    Plaintiff,

v.

SUTTER COUNTY SHERIFF'S DEPARTMENT, *et al*.,

    Defendants.

Case No. 2:08-CV-01480-KJD-PAL

**ORDER**

    Presently before the Court is Plaintiff's Motion for Temporary Restraining Order (#13). Plaintiff seeks to enjoin certain Sutter County Jail employees from "taunting, mocking, harassing, and committing acts of assault and battery against him."

    "Preliminary injunctive relief is available to a party who demonstrates either: (1) a combination of probable success on the merits and the possibility of irreparable harm; or (2) that serious questions are raised and the balance of hardships tips in its favor. These two formulations represent two points on a sliding scale in which the required degree of irreparable harm increases as the probability of success decreases." A&M Records v. Napster, Inc., 239 F.3d 1004, 1013 (9th Cir. 2001) (citations and quotations omitted). "If the balance of harm tips decidedly toward the plaintiff, then the plaintiff need not show as robust a likelihood of success on the merits as when the balance

tips less decidedly.  No chance of success at all, however, will not suffice." <u>Benda v. Grand Lodge of the Int'l Ass'n of Machinists & Aerospace Workers</u>, 584 F.2d 308, 315 (9th Cir. 1978) (citations and quotations omitted).   However, it appears from the record that Plaintiff is no longer in custody. Accordingly, there is no immediate treat of irreparable injury and the Court must deny his motion for a temporary restraining order.

        Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order (#13) is **DENIED**.

        DATED this 24th day of March 2009.

_____
Kent J. Dawson
United States District Judge