UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. SERGER,

    Plaintiff,

v.

DEPUTY SHERIFF ADAMS, *et al.*,

    Defendants.

Case No. 2:08-CV-01480-KJD-PAL

**ORDER**

On April 29, 2009, Attorney Ellen Dove filed Notice of Change of Address (#29) for *pro se* Plaintiff. Dove suggested that she would soon "formalize the attorney client relationship" and file a Second Amended Complaint. However, no proceeding of record has been taken since that date. Accordingly, Plaintiff is ordered to formally associate counsel and file a second amended complaint no later than June 30, 2009. If Plaintiff fails to do so, he is ordered to show cause by June 30, 2009 why his complaint should not be dismissed without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED**.

DATED this 2ND day of June 2009.

_____
Kent J. Dawson
United States District Judge