**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL A. SERGER,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DEPUTY SHERIFF ADAMS, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:08-cv-01480-KJD-PAL<br><br>**ORDER**<br><br>(IFP App'n - Dkt. #9) |

　　　　Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has submitted an Application to Proceed *In Forma Pauperis* (Dkt. #9). Based on the financial information provided, the court finds that Plaintiff has sufficient income and assets to pre-pay the costs and fees of this action. However, it appears Plaintiff is no longer incarcerated in the Napa State Hospital and now resides in Sutter County, California.

　　　　Based upon these changed circumstances,

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed *in Forma Pauperis* (Dkt. #9) is DENIED WITHOUT PREJUDICE.
2. Plaintiff shall file an new Application to Proceed *in Forma Pauperis*, accompanied by a signed financial certificate. The Clerk of the Court shall send Plaintiff a blank application form for *pro se* litigants who are not incarcerated. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this Order. Plaintiff shall have **thirty days** from

1     the date on which this Order is entered to comply.  Failure to comply will result in a

2     recommendation to the District Judge for dismissal of this action.

3 Dated this 6th day of May, 2010.

                                                                         _____
                                                                         PEGGY A. LEEN
                                                                         UNITED STATES MAGISTRATE JUDGE