UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. SERGER,

    Plaintiff,

v.

ADAMS, DEPUTY SHERIFF, *et al.*,

    Defendants.

Case No. 2:08-CV-01480-KJD-PAL

**ORDER**

    This case initially came to the Court on Plaintiff's Civil Rights Complaint pursuant to 42 U.S.C. § 1983, in addition to state law tort claims. Plaintiff's complaint was dismissed because he failed to exhaust his administrative remedies and failed to file government tort claims in compliance with California law. Though he had filed numerous grievances while in the custody of the Sutter County Jail, he never filed grievances asserting the claims alleged in the complaint. Further, though he filed several government tort claims, he never filed claims regarding the incident involving Defendant Adams. Though the Court is sensitive to Plaintiff's health problems, it is clear that he had the ability and opportunity to file his claims, grievances and appeals, but chose not to do so.

    Accordingly, Plaintiff should not be permitted to proceed *in forma pauperis* where, as here, the appeal is frivolous and not taken in good faith. 28 U.S.C. §1915(a)(3). Accordingly, Plaintiff's *in forma pauperis* status is revoked.

    DATED this 30th day of October 2012.

_____
Kent J. Dawson
United States District Judge